**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 25,  2011**                    Time:  2  minutes

**C-11-00409 CRB**

 **PATRICK HENDRICKS  v.  AT&T MOBILITY, LLC.**

Attorneys:      L. Timothy Fisher                       Ren Chng

Deputy Clerk: **BARBARA ESPINOZA**           Reporter:  **Lydia Zinn**

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Motion to Appoint Counsel | |
| 2.  Motion to Stay | Granted |
| 3. | |

**ORDERED AFTER HEARING:**

 Motion to appoint counsel deferred until ruling from the U.S. Supreme Court

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for:

(  ) CASE CONTINUED TO _____        for

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: