```
Donald M. Falk (CA Bar No. 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

John Nadolenco (CA Bar No. 181128)
jnadolenco@mayerbrown.com
Lisa W. Cornehl (CA Bar No. 232733)
lcornehl@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
AT&T Mobility LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Mobility LLC,<br><br>Defendant. | Case No. C11-00409 EMC<br><br>**[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 8<br>Honorable Charles R. Breyer |

DENIED
Judge Charles R. Breyer

[PROPOSED] ORDER;
CASE NO. CV11-00409 EMC

1  Having reviewed the Parties' stipulation and for good cause appearing, the Court hereby
2  ORDERS that:
3      The May 27, 2011 case management conference in this action is hereby vacated, as is the
4  requirement that the parties file a case management statement by May 20, 2011.

**IT IS SO ORDERED**

Dated: _____May 23, 2011_____     _____
    Hon. Charles R. Breyer
    United States District Judge

**DENIED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER;
CASE NO. CV11-00409 EMC

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On May 23, 2011, the following documents were served electronically via the CM/ECF system:

**[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**

I further certify that I mailed the foregoing document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below:

Aaron P. Davis
Barry L. Davis
Daniel R. Lever
THORNTON DAVIS & FEIN, P.A.
80 SW Eighth Street
Miami, FL 33130
Telephone: (305) 446-2646

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 23, 2011, at Los Angeles, California.

_____
Simoné Hernandez

1
CERTIFICATE OF SERVICE ; CASE NO. CV11-00409 EMC

700001251