MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
LISA W CORNEHL (SBN 232733)
lcornehl@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
DONALD M. FALK (SBN150256)
dfalk@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | Case No. C11-00409 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT AT&T MOBILITY LLC TO FILE REPLY**<br><br>Date: September 23, 2011<br>Time: 10:00 a.m.<br>Courtroom 8<br><br>Honorable Charles R. Breyer |

1  WHEREAS, on July 7, 2011, defendant AT&T Mobility LLC ("ATTM") filed a Motion to Compel Arbitration and to Stay Case, and on August 8, 2011, plaintiff Patrick Hendricks filed an Opposition to that motion;

WHEREAS, pursuant to this Court's docket entry of July 7, 2011, ATTM's current deadline to file a Reply in support of its motion is August 29, 2011, which is 25 days before the scheduled hearing date on September 23, 2011;

WHEREAS, as set forth in the accompany Declaration of Kevin Ranlett, and pursuant to Local Rules 6-1 and 6-2, ATTM requests an additional eleven days to file its Reply;

WHEREAS, an extension to September 9, 2011 for ATTM to file its Reply would not affect the hearing date on ATTM's motion; and

WHEREAS, plaintiff stipulates to this request;

**THEREFORE, IT IS HEREBY STIPULATED** that ATTM's time to file its Reply in support of its Motion to Compel Arbitration and to Stay Case shall be extended by eleven days to September 9, 2011.

**AGREED TO BY:**
**BURSOR & FISHER, P.A.**

By: /s/ Scott A. Bursor
    Scott A. Bursor (CA Bar No. 276006)

369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com

L. Timothy Fisher (CA Bar No. 191626)
Sarah N. Westcot (CA Bar No. 264916)
BURSOR & FISHER P.A.
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
    swestcot@bursor.com

**MAYER BROWN LLP**

By: /s/ John Nadolenco
    John Nadolenco (CA Bar No. 181128)

350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
Email: jnadolenco@mayerbrown.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
Email: dfalk@mayerbrown.com

*Attorneys for Defendant*
*AT&T Mobility LLC*

Barry L. Davis (*pro hac vice*)
Daniel R. Lever (*pro hac vice*)
Aaron P. Davis (*pro hac vice*)
THORNTON, DAVIS & FEIN, P.A.
80 SW Eighth Street, 29th Floor
Miami, Florida 33130
Telephone:  (305) 446-2646
Facsimile:  (305) 441-2374
Email:  davis@tdflaw.com
         lever@tdflaw.com
         adavis@tdflaw.com

*Attorneys for Plaintiff
Patrick Hendricks*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated:  August 24, 2011

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Honorable Charles R. Breyer — IT IS SO ORDERED — Judge Charles R. Breyer]